UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **MATTHEW D. COOK,**  Debtor. | Bankr. Case No. 98-21868-RLK  Chapter 7  JUDGE KRECHEVSKY |
| **MATTHEW D. COOK,**  Plaintiff,  v.  **INTERNAL REVENUE SERVICE,**  Defendant. | Adversary No. 98-2089 |

## UNITED STATES' MOTION TO LIFT AUTOMATIC STAY TO COMMENCE DISTRICT COURT ACTION, AND TO STAY LITIGATION OF THE ADVERSARY PROCEEDING

Pursuant to 11 U.S.C. § 362(d) and pursuant to Rules 4001 and 9014 of the Federal Rules of Bankruptcy Procedure, the United States moves this Court for an Order to Lift Automatic Stay in the above-captioned Chapter 7 case to enable the United States to commence a district court action against debtor and another individual who were assessed a 100-percent penalty by the Internal Revenue Service in connection with the unpaid employment tax liabilities of Strictly Business, Inc. for the employment tax periods ended July 1, 1990 through March 31, 1991, and in connection with the unpaid employment tax liabilities of Darthill Manufacturing Co., Inc. Further, the United States moves this Court for an order staying the above-captioned adverary proceeding, until the resolution of the district court action referred to above.

*ORAL ARGUMENT IS NOT REQUESTED*

This motion is made on the grounds that cause exists for relief from the automatic stay, as is set forth in the memorandum of law in support of this motion, which is filed concurrently, with the filing of this motion. A proposed order is also submitted herewith.

DATED: February 17, 1999

        STEPHEN C. ROBINSON
        United States Attorney

        PHILIP J. BERKOWITZ (CT14822)
        Trial Attorney, Tax Division
        U.S. Department of Justice
        Post Office Box 55
        Ben Franklin Station
        Washington, D.C. 20044
        Telephone: (202) 307-6019

## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that service of the Foregoing United States' Motion to Lift Automatic Stay, has been made upon the following by depositing a copy in the United States mail, postage prepaid, this 17th day of February, 1999:

Arthur Machado, Esq.
34 Bloomfield Avenue
Windsor, Connecticut 06103

John J. O'Neill, Jr., Esq.
255 Main Street
Hartford, Connecticut 06106

Office of the U.S. Trustee
265 Church Street, #1103
New Haven, Connecticut 06510

*[signature]*
PHILIP J. BERKOWITZ
Trial Attorney, Tax Division
U.S. Department of Justice